**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| DEAN JONES, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| V. | § | CASE NO. 4:13CV244 |
| | § | Judge Clark/Judge Mazzant |
| INFOSYS TECHNOLOGIES, LIMITED, | § | |
| | § | |
| *Defendant.* | § | |

# FINAL JUDGMENT

Pursuant to the Order Adopting Report and Recommendation of United States Magistrate Judge filed in this matter this date, it is

**CONSIDERED, ORDERED** and **ADJUDGED** that this case is **DISMISSED** with prejudice.

All relief not previously granted is **DENIED**.

So **ORDERED** and **SIGNED** this  9   day of **June, 2014.**

_____

Ron Clark, United States District Judge